# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **09-61877-CKP** |
| | § | |
| **JACKSON, BELVIA LEZELL** | § | Chapter 7 |
| | § | |
| Debtor. | § | Judge: **Preston** |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $3.41 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Rabi Corp.<br>c/o Kevin O'Brien Esq.<br>995 South High St.<br>Columbus, OH 43206 | 6 | $3.41 |

Dated:  September 23, 2011

/s/ Larry J. McClatchey
Larry J. McClatchey, Trustee (0012191)
65 East State Street, Suite 1800
Columbus, Ohio 43215
(614) 462-5400
lmcclatchey@keglerbrown.com

cc: U.S. Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215
Rabi Corp., c/o Kevin O'Brien Esq., 995 South High St., Columbus, OH 43206

4843-8934-8874, v. 1